Robert M. Seines
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99206
509-844-3723
fax 509-255-6003

Carl J. Oreskovich, WSBA #12779
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com

*Attorney for Defendant Zachary L. Holt*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:22-CR-0157-TOR-1 |
| Plaintiff, | **DEFENDANT ZACHARY L. HOLT'S JOINDER IN DEFENDANT DEZMONIQUE D. TENZSLEY'S MOTION(S) FOR MISCELLANOUS RELIEF** |
| v. | |
| ZACHARY L. HOLT, | |
| Defendant. | **With Oral Argument:** |
| | **June 28, 2023 at 10:00 a.m.** |

COMES NOW, Zachary Holt, by and through his attorneys of record,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

Robert M. Seines and Carl J. Oreskovich of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby submits the following Joinder in Defendant Dezmonique Tenzsley's Motion(s) for Miscellaneous Relief. (*See* ECF No. 113)

In Defendant Tenzsley's Motion, he seeks an order compelling production of <u>all</u> discovery materials. There have been six separate discovery productions, the most recent being May 18, 2023. Although there are thousands of pages that have been produced, defense counsel are missing reports from various experts pertaining to fingerprints, ballistics, and blood analysis, as well as impeachment evidence pursuant to *Giglio* and *Brady*. Defendant Holt joins in Defendant Tenzsley's proposed discovery schedule of a 60-day deadline for the Government to produce the aforementioned discovery.

Defendant Holt also joins in Defendant Tenzsley's motion that the Government be compelled to provide defense counsel(s) with grand jury testimony pursuant to FRCRP 26.2(a) and 18 U.S.C. §3500(b) within 60 days.

Lastly, Defendant Holt joins Defendant Tenzsley's Motion for Continuance and Extension of Time to File Motions. In anticipation of the production of the missing discovery in 60 days, defense counsel needs additional time to review

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

the documents that will be produced and retain their own experts. A continuance of the trial date and the associated filing deadlines is necessary to give defense counsel adequate time to prepare for trial.

Defendant Holt is in agreement with this Joinder and has indicated his approval on the accompanying Waiver of Speedy Trial Rights.

RESPECTFULLY SUBMITTED this 7th day of June, 2023.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By: /s/ Carl J. Oreskovich
Carl J. Oreskovich, WSBA #12779

ROBERT M. SEINES, ATTORNEY AT LAW

By: /s/ Robert M. Seines
Robert M. Seines, WSBA #16046
*Attorneys for Defendant Holt*

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date indicated herein, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF System, which will send notification of such to all attorneys of record.

EXECUTED this 7th day of June, 2023 in Spokane, Washington.


By: /s/ Jodi Dineen
Jodi Dineen

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100